UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DAVID ORTIZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, et al.<br><br>    Defendants.<br>_____/ | No. C 14-322 JSC<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:      October 22, 2014<br>Evaluator:  Louis Leone |

    IT IS HEREBY ORDERED that the request to excuse defendants Sheriff Steve Freitas and Deputy Kenneth Sheets from appearing in person at the October 22, 2014, ENE before Louis Leone is GRANTED. The excused parties shall be available at all times to participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

    IT IS SO ORDERED.

October 10, 2014        By: _____
Dated                                   Maria-Elena James
                                         United States Magistrate Judge