1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   DAVID ORTIZ,                                    Case No.   14-cv-00322-JSC
                    Plaintiff,
8
          v.                                        **ORDER TO SHOW CAUSE TO
9                                                   PLAINTIFF RE: JANUARY 8, 2015
    STEVE FREITAS, et al.,                          CASE MANAGEMENT CONFERENCE**
10
                    Defendants.
11

12

13          A further Case Management Conference is scheduled for this case on January 8, 2015. At

14   the Case Management Conference on October 31, 2014, the parties were ordered to file a Joint

15   Case Management Conference Statement by January 5, 2015 to update the Court regarding the

16   Plaintiff's custody status.  (Dkt. No. 67.)  Defendants filed a separate Case Management

17   Conference Statement on December 24, 2014, indicating the Mr. Ortiz had been released from

18   their custody to a long-term residential treatment program.  (Dkt. No. 70.)  Defendants indicated

19   that they had been unable to verify Plaintiff's counsel's representation that Mr. Ortiz was required

20   to remain in the program for a period of three months and that he was thus unavailable for a

21   deposition during this time.  To date, Plaintiff has not filed the required updated Case

22   Management Conference Statement with the Court.  Plaintiff shall do so by **noon January 7,**

23   **2015**.  Among other matters, counsel shall address the duration of Plaintiff's participation in the

24   residential treatment program and whether such participation is court ordered.

25          **IT IS SO ORDERED**.

26   Dated:  January 6, 2015

27                                                  _____
                                                    JACQUELINE SCOTT CORLEY
28                                                  United States Magistrate Judge

United States District Court
Northern District of California