UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORTIZ,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVE FREITAS, et al.,<br><br>  Defendants. | Case No. 14-cv-00322-JSC<br><br>**ORDER RE: CASE MANAGEMENT SCHEDULE** |

This case came before the Court for a Case Management Conference on January 8, 2015. Plaintiff is presently unavailable for deposition as he is in a residential treatment program until March 10, 2015. Based on the agreement of the parties, Plaintiff shall be deposed following his release from the treatment program on March 18, 2015 at 10:00 a.m. at the offices of Plaintiff's counsel. Plaintiff shall provide status updates to the Court regarding Plaintiff's continued participation in the residential treatment program on February 12, 2015 and March 12, 2015.

The Court will hold a further Case Management Conference on April 2, 2015 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. An updated Joint Case Management Conference Statement is due March 26, 2015. Courtroom Deputy Ada Means will contact the parties to make arrangements to appear at the conference telephonically.

**IT IS SO ORDERED**.

Dated: January 9, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge