UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORTIZ,<br>    Plaintiff,<br>  v.<br>STEVE FREITAS, et al.,<br>    Defendants. | Case No. 14-cv-00322-JSC<br><br>**AMENDED CASE MANAGEMENT SCHEDULING ORDER** |

Following the Case Management Conference on July 30, 2015, the Case Management Schedule is AMENDED as follows:

| | |
|---|---|
| Non-expert Discovery Completed: | December 1, 2015 |
| Plaintiff's Expert Disclosures: | December 8, 2015 |
| Defendant's Expert Disclosures: | December 31, 2015 |
| Plaintiff's Rebuttal Expert Disclosures: | January 11, 2016 |
| Expert Discovery Completed: | January 29, 2016 |
| Last day to File Dispositive Motions: | February 5, 2016 |
| Last day to Hear Dispositive Motions: | March 17, 2016 |
| Pretrial Conference | April 28, 2016 |
| Trial: | May 16, 2016 |

The parties shall attend an Early Neutral Evaluation with Louis Leone on September 3, 2015 at 10:00 a.m. at Mr. Leone's office at 2175 N. California Blvd., Suite 900, Walnut Creek, CA 94596, 925.974.8600 (tel.).

There will be a further Case Management Conference on January 14, 2016 at 1:30 p.m. in

Courtroom F, 450 Golden Gate Ave., San Francisco, California.  The Joint Case Management Conference Statement is due January 7, 2016.

**IT IS SO ORDERED.**

Dated: August 4, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2