UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORTIZ,<br>    Plaintiff,<br>v.<br>STEVE FREITAS, et al.,<br>    Defendants. | Case No. 14-cv-00322-JSC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court sets a further Case Management Conference for September 24, 2015 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. Defendants' counsel may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone. No updated case management conference statement is required.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge